THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. BUCK, Appellant.—

Bergan, P. J., Coon, Herlihy and Taylor, JJ., concur.